# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD SCOTT, | 1:09-cv-01329-AWI-SMS-PC |
| Plaintiff, | FINDINGS AND RECOMMENDATIONS, RECOMMENDING THAT PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS BE DENIED |
| v. | |
| J. PALMER, et al., | (Doc. 2.) |
| Defendants. | OBJECTIONS, IF ANY, DUE IN 30 DAYS |

Plaintiff Floyd Scott ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983, filed on July 29, 2009. (Doc. 1.) On July 29, 2009, Plaintiff filed a motion to proceed in forma pauperis and a copy of his prison trust account statement pursuant to 28 U.S.C. § 1915. (Doc. 2.)

Examination of plaintiff's application to proceed in forma pauperis reveals that plaintiff is able to afford the costs of this action. Specifically, plaintiff's account statement reflects a balance of $1,714.06 on July 20, 2009, and according to prison records, the average balance in the account for the most recent 6-month period was $1,655.38. (Doc. 2 at 2, 3, 4.). The filing fee for this action is $350.00.

Accordingly, it is HEREBY RECOMMENDED that:

    1. Plaintiff's motion to proceed in forma pauperis be denied; and

    2. Plaintiff be ordered to pay the $350.00 filing fee in full.

1

1    These Findings and Recommendations will be submitted to the United States District Judge
2 assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within thirty (30)
3 days after being served with these Findings and Recommendations, the parties may file written
4 objections with the court.  The document should be captioned "Objections to Magistrate Judge's
5 Findings and Recommendations."  The parties are advised that failure to file objections within the
6 specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d
7 1153 (9th Cir. 1991).

9 IT IS SO ORDERED.

10 **Dated:  August 10, 2009**          /s/ Sandra M. Snyder
                                UNITED STATES MAGISTRATE JUDGE