# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD SCOTT, | CASE NO. 1:09-cv-01329-AWI-SMS PC |
| Plaintiff, | ORDER DENYING MOTION AS MOOT, AND DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF COPY OF DOCKET |
| v. | |
| J. PALMER, et al., | (Doc. 14) |
| Defendants. | |

Plaintiff Floyd Scott, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 29, 2009. On February 25, 2010, Plaintiff filed a motion seeking to reopen this action.

Plaintiff's previous motion to reopen this action was granted, and this case was reopened on February 18, 2010. Accordingly, Plaintiff's February 25 motion is HEREBY DENIED as moot, and the Clerk's Office is DIRECTED to send Plaintiff a copy of the docket.[1]

IT IS SO ORDERED.

Dated:   June 10, 2010            /s/ Sandra M. Snyder
                                  UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's complaint is pending screening. 28 U.S.C. § 1915A. When Plaintiff's complaint is screened, he will be notified by order regarding what further action is required of him.

1