# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD SCOTT, | CASE NO. 1:09-cv-01329-AWI-SMS PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR AN ORDER TO DELIVER HIS PROPERTY |
| v. | |
| J. PALMER, et al., | (Doc. 17) |
| Defendants. / | |

Plaintiff Floyd Scott, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 29, 2009. On September 14, 2010, Plaintiff filed a motion seeking an order requiring prison officials at Kern Valley State Prison to deliver his property to Salinas Valley State Prison, where he was transferred on August 24, 2010.

In the Court's experience, prison transfers result in inmates being temporarily separated from their personal property for up to one month or longer. By now, Plaintiff should be possession of whatever personal property is allowable based on his classification level and housing assignment. Regardless, the pendency of this action does not give the Court jurisdiction over prison officials in general or over Plaintiff's property issues. Summers v. Earth Island Institute, 129 S.Ct. 1142, 1148-49 (2009); Mayfield v. United States, 599 F.3d 964, 969 (9th Cir. 2010). The Court's jurisdiction is limited to the parties in this action and to the viable legal claims upon which this action is proceeding. Summers, 129 S.Ct. at 1148-49; Mayfield, 599 F.3d at 969.

///

///

1

1    Based on the foregoing, Plaintiff's motion is HEREBY DENIED.

2

3

4

5  IT IS SO ORDERED.

6  **Dated:    January 20, 2011**                    /s/ Sandra M. Snyder
                                                    UNITED STATES MAGISTRATE JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28