# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD SCOTT,<br><br>             Plaintiff,<br><br>    v.<br><br>J. PALMER, et al.,<br><br>             Defendants.<br>_____/ | CASE NO. 1:09-cv-01329-AWI-SMS PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR APPOINTMENT OF THE MARSHAL TO EFFECT SERVICE AND DENYING MOTION FOR EXTENSION OF TIME AS MOOT<br><br>(Docs. 24 and 25)<br><br>ORDER REQUIRING PLAINTIFF TO RETURN SERVICE DOCUMENTS AND COMPLAINT COPIES WITHIN THIRTY DAYS<br><br>(Doc. 23) |

Plaintiff Floyd Scott, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 29, 2009. On February 4, 2011, the Court issued an order requiring Plaintiff to complete service of his complaint within one-hundred twenty days, instructing Plaintiff how to proceed, and providing Plaintiff with the requisite documents. Fed. R. Civ. P. 4(m). On February 11, 2011, Plaintiff filed a motion seeking the appointment of the United States Marshal to effect service on his behalf. Fed. R. Civ. P. 4(c)(3). Good cause having been shown, it is HEREBY ORDERED that:

1. Plaintiff's motion for the appointment of the Marshal to effect service, filed February 11, 2011, is GRANTED;

2. Plaintiff's motion for an extension of time to effect service, filed February 11, 2001, is DENIED as moot;

1

3. Service shall be initiated on the following defendants:

   **C/O J. PALMER**

   **C/O R. S. RIVERA**

   **SGT. M. H. LOPEZ**;

4. The Clerk of the Court shall send Plaintiff three (3) USM-285 forms, a Notice of Submission of Documents form, and an instruction sheet;

5. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. One completed summons for each defendant listed above (summonses previously provided);

   b. One completed USM-285 form for each defendant listed above; and

   c. Three (3) copies of the endorsed complaint (copy previously provided); and

6. <u>The failure to comply with this order will result in dismissal of this action</u>.

IT IS SO ORDERED.

**Dated:** February 20, 2011                             /s/ Sandra M. Snyder
                                                  UNITED STATES MAGISTRATE JUDGE