1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   FLOYD SCOTT,                                    CASE NO. 1:09-cv-01329-AWI-SKO PC

10                      Plaintiff,                  ORDER STRIKING REPLY TO ANSWER

11        v.                                        (Doc. 36)

12   J. PALMER, et al.,

13                      Defendants.
                                              /
14

15        Plaintiff Floyd Scott, a state prisoner proceeding pro se, filed this civil rights action pursuant

16   to 42 U.S.C. § 1983 on July 29, 2009.  This action is proceeding against Defendants Palmer, Rivera,

17   and Lopez for excessive force, in violation of the Eighth Amendment.  On July 5, 2011, Plaintiff

18   filed a reply to Defendants' answer.

19        Neither the Federal Rules of Civil Procedure nor the Local Rules provides for a reply to an

20   answer, absent an order from the Court requiring one.  Fed. R. Civ. P. 7(a)(7).  In this case, the Court

21   did not order a reply to the answer.  Accordingly, Plaintiff's reply to Defendants' answer, filed July

22   5, 2011, is HEREBY ORDERED STRICKEN from the record.

23

24   IT IS SO ORDERED.

25   **Dated:    July 7, 2011**                    _____/s/ Sheila K. Oberto_____
                                                   UNITED STATES MAGISTRATE JUDGE
26

27

28

                                                1