# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD SCOTT,<br><br>    Plaintiff,<br><br>vs.<br><br>J. PALMER, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:09-cv-01329-AWI-SKO PC<br><br>ORDER SETTING SETTLEMENT CONFERENCE BEFORE THE HONORABLE JENNIFER L. THURSTON<br><br>**Date:** April 20, 2012<br>**Time:** 12:00 p.m.<br>**Location:** California State Prison, Los Angeles County (LAC) |

This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Floyd Scott, a state prisoner proceeding pro se. This case shall be referred to United States Magistrate Judge Jennifer L. Thurston to conduct a settlement conference.

In accordance with the above, IT IS HEREBY ORDERED that:

1. This case is set for a settlement conference before Magistrate Judge Jennifer L. Thurston on April 20, 2012, at 12:00 p.m. at California State Prison-Lancaster (LAC), 44750 60th Street West, Lancaster, California 93536.

2. The parties shall appear at the settlement conference with full authority to negotiate and settle the case on any terms.

3. Each party shall provide a confidential settlement conference statement to Sujean Park, ADR Coordinator, 501 I Street, Suite 4-200, Sacramento, California 95814, **no later than April 13, 2012**, and file a Notice of Submission of Confidential

Settlement Conference Statement (See L.R. 270(d)).  Confidential settlement statements **should not be filed** with the Clerk of the Court nor served on any other party, and they shall be clearly marked "CONFIDENTIAL" with the date and time of the settlement conference indicated prominently thereon.  The confidential settlement statement shall be **no longer than five pages** in length, typed or neatly printed, and include the following:

a. A brief statement of the facts of the case.

b. A brief statement of the claims and defenses, e.g., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.

c. A summary of the proceedings to date.

d. An estimate of the cost and time to be expended for further discovery, pretrial, and trial.

e. The relief sought.

f. The party's position on settlement, including present demands and offers and a history of past settlement discussions, offers, and demands.

g. A brief statement of each party's expectations and goals for the settlement conference.

4. The Clerk of the Court is directed to serve a copy of this order on the Litigation Office at LAC at (661) 729-6994.

IT IS SO ORDERED.

**Dated:**     **March 12, 2012**                    /s/ Sheila K. Oberto
                                                 UNITED STATES MAGISTRATE JUDGE