# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD SCOTT, | CASE NO. 1:09-cv-01329-LJO-SKO PC |
|            Plaintiff, | ORDER STRIKING MOTION FOR RECONSIDERATION |
|    v. | (Doc. 75) |
| J. PALMER, et al., | |
|            Defendants. | |
| _____/ | |

Plaintiff Floyd Scott, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 29, 2009. This action is currently stayed pending the settlement conference scheduled for April 20, 2012, and **the stay will remain in effect until lifted by court order**.

Accordingly, pursuant to the Court's orders filed on March 19, 2012, and March 21, 2012, Plaintiff's motion for reconsideration, filed on March 28, 2012, is HEREBY STRICKEN from the record.

IT IS SO ORDERED.

**Dated:   March 29, 2012**          _____/s/ Lawrence J. O'Neill_____
UNITED STATES DISTRICT JUDGE

1