# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD SCOTT,<br><br>            Plaintiff,<br><br>    v.<br><br>J. PALMER, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:09-cv-01329-LJO-SKO PC<br><br>ORDER LIFTING STAYS<br><br>(Docs. 64, 71, and 79)<br><br>AMENDED SCHEDULING ORDER<br><br>(Docs. 35 and 64)<br><br>Deadline to Amend Pleadings - 07/30/2012<br>Discovery Cut-Off Date - 10/30/2012<br>Dispositive Motion Deadline - 11/30/2012 |

Plaintiff Floyd Scott, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 29, 2009. The discovery phase of this litigation was stayed pursuant to the Court's order filed on December 8, 2011, and pursuant to the Court's order filed on March 19, 2012, the entire action was stayed pending the settlement conference set for April 20, 2012.

In light of the failure to reach a settlement agreement, it is HEREBY ORDERED that:

1. The stay of discovery imposed on December 8, 2011, and the stay of the action imposed on March 19, 2012, are lifted;

2. The deadline for amending the pleadings is July 30, 2012;

3. The deadline for the completion of all discovery, including filing motions to compel, is October 30, 2012; and

///

///

1

1      4.    The deadline for filing pre-trial dispositive motions is November 30, 2012.

3  IT IS SO ORDERED.

4  **Dated:   April 24, 2012**             /s/ **Sheila K. Oberto**
                                      UNITED STATES MAGISTRATE JUDGE