1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9    FLOYD SCOTT,                                    CASE NO. 1:09-cv-01329-LJO-SKO PC

10                          Plaintiff,               ORDER DENYING PLAINTIFF'S MOTION
                                                     TO COMPEL AS PREMATURE
11          v.
                                                     (Doc. 127)
12   J. PALMER, et al.,

13                          Defendants.
     _____/

14

15          Plaintiff Floyd Scott, a state prisoner proceeding pro se, filed this civil rights action pursuant

16   to 42 U.S.C. § 1983 on July 29, 2009.  On February 27, 2013, Plaintiff filed a motion to compel a

17   response to his request for the production of documents, set two.

18          On February 25, 2013, the Court granted Defendants an extension of time to March 28, 2013,

19   within which to serve responses.   Accordingly, Plaintiff's motion is HEREBY DENIED as

20   premature.

21

22

23   IT IS SO ORDERED.

24   **Dated:    February 28, 2013**              _____/s/ Sheila K. Oberto_____
                                                  UNITED STATES MAGISTRATE JUDGE
25

26

27

28

1