# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD SCOTT, | CASE NO. 1:09-cv-01329-LJO-SKO PC |
| Plaintiff, | ORDER DENYING MOTION AND DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF COURTESY COPY OF DOCKET |
| v. | |
| J. PALMER, et al., | (Doc. 137) |
| Defendants. | |

    Plaintiff Floyd Scott, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 29, 2009. On March 22, 2013, Plaintiff filed a motion seeking an order directing re-service of a motion, on the ground that Plaintiff received mail from the Office of the Attorney General addressed to him but containing documents relating to another inmate's case. Defendants responded to the motion on March 22, 2013, and stated that they did not send Plaintiff anything on or around that date pertaining to this case.

    The Court cannot order re-service, as it appears that the envelope was merely misaddressed to Plaintiff. Therefore, Plaintiff's motion is DENIED. However, the Clerk's Office is DIRECTED to send Plaintiff a courtesy copy of the docket.

IT IS SO ORDERED.

**Dated:  March 25, 2013**              /s/ Sheila K. Oberto
                                                 UNITED STATES MAGISTRATE JUDGE