# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD SCOTT,<br><br>             Plaintiff,<br><br>      v.<br><br>J. PALMER, et al.,<br><br>             Defendants. | Case No. 1:09-cv-01329-LJO-SKO (PC)<br><br>ORDER ADDRESSING MOTION FOR CLARIFICATION<br><br>(Doc. 135) |

Plaintiff Floyd Scott, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 29, 2009.  This action for damages is proceeding against Defendants Palmer, Rivera, and Lopez on Plaintiff's claim that while he was at Kern Valley State Prison in Delano, California, Defendant Palmer used excessive physical force against him and Defendants Rivera and Lopez failed to intervene, in violation of his rights under the Eighth Amendment of the United States Constitution.

On March 13, 2013, Plaintiff filed a motion seeking clarification regarding the extension of time granted to Defendants to serve their discovery responses.  (Doc. 135.)  Plaintiff's point in the main is that the extension was granted before Plaintiff had the opportunity to file an opposition.  Local Rule 230(*l*).  The Court is vested with broad discretion to manage discovery, *Dichter-Mad Family Partners, LLP v. U.S.*, 709 F.3d 749, 751 (9th Cir. 2013) (per curiam), *cert. denied*, 134 S.Ct. 117; *Hunt v. Cnty. of Orange*, 672 F.3d 606, 616 (9th Cir. 2012); *Surfvivor Media, Inc. v. Survivor Prods.*, 406 F.3d 625, 635 (9th Cir. 2005); *Hallett v. Morgan*, 296 F.3d 732, 751 (9th Cir.

1  2002), and in the exercise of that discretion, there may be occasions when it elects to grant a
2  timely request for an extension of time *ex parte*, where the requested extension is routine in the
3  ordinary course of litigation and it would result in no prejudice to the non-moving party.  *See* Fed.
4  R. Civ. P. 6(b)(1); Local Rule 144.  Plaintiff's disagreement with the reasons Defendants proffered
5  in seeking an extension of time are noted, but it does not alter, nor would it have altered, the
6  Court's ruling on what was an ordinary request for an extension of time which would result in no
7  prejudice to Plaintiff.
8       Accordingly, Plaintiff's motion for clarification (doc. 135) is HEREBY DEEMED
9  ADDRESSED.
10
11  IT IS SO ORDERED.
12     Dated:    **November 25, 2014**                    **/s/ Sheila K. Oberto**
                                                   UNITED STATES MAGISTRATE JUDGE