# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD SCOTT, | Case No. 1:09-cv-01329-LJO-SKO (PC) |
| Plaintiff, | ORDER STRIKING UNSIGNED FILING |
| v. | (Doc. 180) |
| J. PALMER, et al., | |
| Defendants. | |

On December 17, 2014, Plaintiff filed an unsigned notice. Unsigned filings cannot be considered by the Court and therefore, Plaintiff's filing is ORDERED STRICKEN from the record. Fed. R. Civ. P. 11(a); Local Rule 131.

IT IS SO ORDERED.

Dated:   **December 18, 2014**          **/s/ Sheila K. Oberto**
                                       UNITED STATES MAGISTRATE JUDGE