# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD SCOTT, | Case No. 1:09-cv-01329-LJO-SKO (PC) |
|     Plaintiff, | ORDER ADDRESSING MOTION FOR CLARIFICATION |
|   v. | (Doc. 183) |
| J. PALMER, et al., | |
|     Defendants. | |

Plaintiff Floyd Scott ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 29, 2009. This action for damages is proceeding against Defendants Palmer, Rivera, and Lopez ("Defendants") on Plaintiff's claim that while he was at Kern Valley State Prison in Delano, California, Defendant Palmer used excessive physical force against him and Defendants Rivera and Lopez failed to intervene, in violation of his rights under the Eighth Amendment of the United States Constitution.

On December 29, 2014, Plaintiff filed a motion seeking clarification of the term "dispositive motion" as contemplated by the pretrial dispositive motion deadline. Plaintiff is informed that the deadline applies to motions which resolve the action in whole or in part, usually in the form of a motion for summary judgment at that stage in the proceedings. As the parties were previously informed, however, because the Court already resolved a motion for summary judgment on the merits and excessive force claims generally require fact finding by a jury, the pretrial dispositive motion deadline should not be viewed as an indication that a dispositive

1  motion is anticipated by the Court or that there exist issues suitable for disposition prior to trial.
2  This action will be set for jury trial following the resolution of any motions filed or following the
3  expiration of the pretrial dispositive motion deadline if no motions are filed.
4       Accordingly, Plaintiff's motion for clarification is deemed addressed and resolved.

IT IS SO ORDERED.

Dated: **January 5, 2015**          **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE