1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

8
9
10
11
12
13
14
15

| | |
|---|---|
| FLOYD SCOTT, | Case No. 1:09-cv-01329-SKO (PC) |
|          Plaintiff, | ORDER SETTING TELEPHONIC TRIAL SETTING HEARING |
|    v. | Date: May 19, 2015 |
| J. PALMER, et al., | Time: 11:00 a.m. |
|          Defendants. | Courtroom: 7 (SKO) |
| _____/ | |

16    Plaintiff Floyd Scott ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis,

17 filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 29, 2009.  This action for

18 damages is proceeding against Defendants Palmer, Rivera, and Lopez ("Defendants") on

19 Plaintiff's claim that while he was at Kern Valley State Prison in Delano, California, Defendant

20 Palmer used excessive physical force against him and Defendants Rivera and Lopez failed to

21 intervene, in violation of his rights under the Eighth Amendment of the United States Constitution.

22    The action is ready to be set for jury trial.  (Doc. 177.)  Accordingly, a telephonic trial

23 setting conference is set for May 19, 2015, at 11:00 a.m. before the undersigned; and Defendants'

24 counsel shall arrange the conference call and initiate the call to (559) 499-5790.

IT IS SO ORDERED.

25
26    Dated:  __April 13, 2015__          _____ /s/ Sheila K. Oberto
                                              UNITED STATES MAGISTRATE JUDGE

27
28