# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD SCOTT, | Case No. 1:09-cv-01329-SKO (PC) |
| Plaintiff, | ORDER ADDRESSING REQUEST FOR CLARIFICATION |
| v. | (Doc. 208) |
| J. PALMER, et al., | |
| Defendants. | |

Plaintiff Floyd Scott, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 29, 2009.  This action for damages is proceeding against Defendants Palmer, Rivera, and Lopez for violation of the Eighth Amendment of the United States Constitution.

On May 7, 2015, Plaintiff filed a request for clarification regarding the telephonic hearing set for May 19, 2015, at 11:00 a.m.  The hearing is limited to date selection for the jury trial and the telephonic trial confirmation hearing.  All other dates or deadlines will be set at a later date by written order.

IT IS SO ORDERED.

Dated:   **May 8, 2015**                              **/s/ Sheila K. Oberto**
                                         UNITED STATES MAGISTRATE JUDGE