# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD SCOTT, | Case No. 1:09-cv-01329-SKO (PC) |
| Plaintiff, | ORDER DENYING MOTION FOR COPY OF NINTH CIRCUIT'S MODEL JURY INSTRUCTIONS |
| v. | |
| J. PALMER, M. H. LOPEZ, and R. S. RIVERA, | (Doc. 220) |
| Defendants. | |

Plaintiff Floyd Scott ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 29, 2009. This action for damages is proceeding against Defendants Palmer, Rivera, and Lopez ("Defendants") for violation of the Eighth Amendment of the United States Constitution. This case is set for trial on October 6, 2015, and on August 12, 2015, Plaintiff filed a motion seeking a copy of the Ninth Circuit's Model Jury Instructions.

The Court cannot provide a copy of the model instructions to litigants. *Tedder v. Odel*, 890 F.2d 210, 211-12 (9th Cir. 1989) ("[T]he expenditure of public funds [on behalf of an indigent litigant] is proper only when authorized by Congress. . . .") (internal quotation marks and citation omitted). However, Plaintiff is notified that the Court's procedure is to compile a set of jury instructions from the Ninth Circuit's Model Jury Instructions and provide the parties annotated (marked) copies the morning of trial for review. Although the Court will take into consideration

1 any proposed instructions provided by the parties and may make minor changes to its compilation
2 as necessary, the set it provides to the parties are those which will be given.
3    For the reasons set forth herein, Plaintiff's motion for a copy of the Ninth Circuit's Model
4 Jury Instructions is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   **August 31, 2015**                              **/s/ Sheila K. Oberto**
                                                          UNITED STATES MAGISTRATE JUDGE

2