# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD SCOTT, | Case No. 1:09-cv-01329-SKO (PC) |
| Plaintiff, | ORDER CONFIRMING JURY TRIAL FOR 8:30 A.M. ON OCTOBER 6, 2015, AND REQUESTING DEFENDANTS' COUNSEL ENSURE PLAINTIFF IS ABLE TO MAKE COPIES OF HIS EXHIBITS AND ACCESS HIS LEGAL MATERIAL FOR THIS CASE |
| v. | |
| J. PALMER, M. H. LOPEZ, and R. S. RIVERA, | |
| Defendants. | |

This action is set for jury trial on October 6, 2015. On September 2, 2015, the parties appeared telephonically for the trial confirmation hearing, and this matter is confirmed for trial at 8:30 a.m. on October 6, 2015.

During the hearing, Plaintiff stated that he will need an order regarding exhibit copies, and he expressed concern regarding access to his legal property and requested an order that he not be separated from his legal material during the course of his transportation for trial. Defendants' counsel represented that he will speak with the litigation coordinators at Plaintiff's present institution and the institution to which he is transferred for trial regarding Plaintiff's need to maintain access to his legal property and to have his legal property with him in court.[1]

---

[1] A writ of habeas corpus ad testificandum directing the transportation of Plaintiff for trial will be issued concurrently with this order. Some disruption in access to property is unavoidable given the need to transport Plaintiff from Lancaster to a prison closer to the courthouse in Fresno, but as discussed, Defendants' counsel stated he will take steps to ensure that the disruption is minimized.

      Accordingly, the Court HEREBY REQUESTS that, in response to Plaintiff's concerns, Defendants' counsel contact the appropriate prison officials at both institutions to ensure that Plaintiff is able to make copies of his exhibits.  Plaintiff will need to send a set to the Court, send a copy to Defendants, and retain a copy for himself.  Defendants' counsel is also requested to ensure that Plaintiff's legal property for this trial is transported with him and that he has reasonable access to it, taking into consideration whatever measures prison officials deem necessary to maintain institutional safety and security.  *Bell v. Wolfish*, 441 U.S. 520, 546-47, 99 S.Ct. 1861, 1878 (1979); *Griffin v. Gomez*, 741 F.3d 10, 20-1 (9th Cir. 2014).

IT IS SO ORDERED.

Dated:   **September 2, 2015**                             **/s/ Sheila K. Oberto**
                                                                   UNITED STATES MAGISTRATE JUDGE