# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD SCOTT, | Case No. 1:09-cv-01329-SKO (PC) |
| Plaintiff, | ORDER DENYING MOTION FOR SUBPOENA |
| v. | (Doc. 233) |
| J. PALMER, M. H. LOPEZ, and R. S. RIVERA, | |
| Defendants. | |

Plaintiff Floyd Scott, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 29, 2009. This action for damages is set for jury trial on October 6, 2015, on Plaintiff' claim that Defendants Palmer, Rivera, and Lopez violated his rights under the Eighth Amendment of the United States Constitution. On September 10, 2015, Plaintiff filed a motion pursuant to Rule 45 seeking the issuance of a subpoena commanding Defendants to produce a can of pepper spray at trial for the jury to inspect. Fed. R. Civ. P. 45.

///
///
///
///
///

Discovery is closed and there are no grounds entitling Plaintiff to engage in any further discovery. Fed. R. Civ. P. 16(b), (d), 34, 45. Accordingly, Plaintiff's motion for the issuance of a subpoena is HEREBY DENIED.

IT IS SO ORDERED.

Dated:  **September 14, 2015**                              **/s/ Sheila K. Oberto**
                                                                          UNITED STATES MAGISTRATE JUDGE