# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD SCOTT, | Case No. 1:09-cv-01329-SKO (PC) |
| Plaintiff, | ORDER DENYING MOTION AS MOOT |
| v. | (Doc. 234) |
| J. PALMER, M. H. LOPEZ, and R. S. RIVERA, | |
| Defendants. | |

Plaintiff Floyd Scott, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 29, 2009. This action for damages is set for jury trial on October 6, 2015, on Plaintiff' claim that Defendants Palmer, Rivera, and Lopez violated his rights under the Eighth Amendment of the United States Constitution. On September 10, 2015, Plaintiff filed a motion seeking an order prohibiting prison officials from separating him from his legal documents.

This issue was addressed by the Court in an order filed on September 3, 2015, and that order extended as far as is permissible under the law.[1] *Bell v. Wolfish*, 441 U.S. 520, 546-47, 99 S.Ct. 1861, 1878 (1979); *Griffin v. Gomez*, 741 F.3d 10, 20-1 (9th Cir. 2014); *see also Zenith Radio Corp. v. Hazeltine Research, Inc.*, 395 U.S. 100, 110, 89 S.Ct. 1562 (1969) ("a court has no power to adjudicate a personal claim or obligation unless it has jurisdiction over the person of the

---

[1] Plaintiff's motion is dated September 3, 2015, evidencing it was prepared and mailed prior to his receipt of the Court's order.

defendant"); *Zepeda v. United States Immigration Service*, 753 F.2d 719, 727 (9th Cir. 1985) (a the federal court "may not attempt to determine the rights of persons not before the court.").

  Accordingly, Plaintiff's motion is HEREBY DENIED as moot in light of the order filed on September 3, 2015.

IT IS SO ORDERED.

Dated:  **September 14, 2015**      **/s/ Sheila K. Oberto**
                  UNITED STATES MAGISTRATE JUDGE

2