**FILED**
OCT 7 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD SCOTT, | Case No. 1:09-cv-01329-SKO (PC) |
| Plaintiff, | ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON OCTOBER 8, 2015, AT 8:00 A.M. |
| v. | |
| J. PALMER, M. H. LOPEZ, and R. S. RIVERA, | |
| Defendants. | |

Plaintiff Floyd Scott, **CDCR #D-27081,** shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California, 93721, at 8:00 a.m. on Thursday, October 8, 2015.

It is so ORDERED.

DATED: October 7, 2015        _____
                              SHEILA K. OBERTO
                              UNITED STATES MAGISTRATE JUDGE