FILED
OCT 8 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD SCOTT,<br><br>    Plaintiff,<br><br>    v.<br><br>J. PALMER, M. H. LOPEZ, and R. S. RIVERA,<br><br>    Defendants.<br>_____/ | Case No. 1:09-cv-01329-SKO<br><br>ORDER (1) DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOLLOWING CONCLUSION OF TRIAL, (2) NOTIFYING PRISON OFFICIALS OF PLAINTIFF'S LOS ANGELES COUNTY COURT HEARING DATE OF OCTOBER 13, 2015, AND (3) DIRECTING CLERK'S OFFICE TO SERVE ORDER ON LITIGATION COORDINATORS AT VSP AND CSP-LANCASTER<br><br>(Docs. 245 and 231) |

    Jury trial commenced in this action on October 6, 2015. The jury has returned its verdict and judgment was entered. Accordingly, **Floyd Scott, CDCR # D-27081**, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is **HEREBY DISCHARGED**.

    Plaintiff informed the Court that he has a hearing in **Los Angeles County at 8:00 a.m. on October 13, 2015**, and he requested that prior to October 13, 2015, he be returned to California State Prison-Lancaster ("CSP-Lancaster") and be given access to his legal property for that case, which is being stored in Receiving and Release. While the Court cannot order Plaintiff's return to CSP-Lancaster, **prison officials at Valley State Prison ("VSP") and CSP-Lancaster are hereby notified that Plaintiff may now be returned to CSP-Lancaster and that he has a hearing on**

**October 13, 2015, for which he needs his legal property from Receiving and Release at CSP-Lancaster.** The Clerk's Office shall serve a courtesy copy of this order on the Litigation Coordinators at VSP and CSP-Lancaster.

Based on the foregoing, it is HEREBY ORDERED that:

1. The writ of habeas corpus ad testificandum directing the transportation of Plaintiff for trial, filed on September 3, 2015, is DISCHARGED;
2. Plaintiff may be returned to CSP-Lancaster;
3. Prison officials at VSP and CSP-Lancaster are notified that Plaintiff informed the Court he has a court hearing in Los Angeles County at 8:00 a.m. on October 13, 2015, and his legal property for that case is being stored in Receiving and Release at CSP-Lancaster; and
4. The Clerk's Office shall serve a courtesy copy of this order on the Litigation Coordinators at VSP and CSP-Lancaster.

DATED: 10/8/15

SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE