**FILED**

**JUDGMENT ENTERED**

_____
                  Date
by _____A. Timken_____
                           Deputy Clerk
                U.S. District Court
      Eastern District of California
__XX____ FILE CLOSED

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

FLOYD SCOTT,

       Plaintiff,

vs.                             **JUDGMENT IN A CIVIL ACTION**

                                1:09-CV-01329 SKO

J. PALMER, et al.,

       Defendants.
_____/

       JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

       IT IS HEREBY ORDERED AND ADJUDGED that

    *JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANT J. PALMER; DEFENDANT M.H. LOPEZ AND DEFENDANT R.S. RIVERA, IN ACCORDANCE WITH THE JURY VERDICT RENDERED 10/8/2015.*

DATED: 10/8/2015

                                        MARIANNE MATHERLY, Clerk

                                        /S/ Alice Timken
                             By:
                                        Deputy Clerk

jgm.civ
2/1/95