1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10

| FLOYD SCOTT, | Case No. 1:09-cv-01329-SKO (PC) |
|---|---|
| Plaintiff, | ORDER ADDRESSING NOTICE |
| v. | (Doc. 262) |
| J. PALMER, M. H. LOPEZ, and R. S. RIVERA, | |
| Defendants. | |

11
12
13
14
15
16

_____/

17     On July 29, 2009, Plaintiff Floyd Scott ("Plaintiff"), a state prisoner proceeding pro se,

18 filed suit pursuant to 42 U.S.C. § 1983.  On October 6, 2015, jury trial commenced on Plaintiff's

19 Eighth Amendment excessive force claims against Defendants Palmer, Lopez, and Rivera.  The

20 jury returned a verdict in favor of Defendants on October 8, 2015, and on October 22, 2015,

21 Plaintiff filed a notice regarding his desire to file a criminal perjury complaint against witness C.

22 Love, a correctional officer.  Plaintiff seeks the appropriate form if his notice does not suffice.

23     The decision whether to bring a federal criminal perjury charge is a discretionary one and

24 it rests exclusively with the Department of Justice.  28 U.S.C. § 547(1); *Wayte v. United States*,

25 470 U.S. 598, 607, 105 S.Ct. 1524 (1985); *Hantzis v. Grantland*, 772 F.Supp.2d 1, 4 (D.D.C.

26 ///

27 ///

28 ///

1   2009).    The judicial branch is not involved, and Plaintiff's notice is HEREBY DEEMED

2   ADDRESSED.

3
4   IT IS SO ORDERED.

5   Dated:    **November 9, 2015**                              **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28