# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD SCOTT,<br><br>            Plaintiff,<br><br>    v.<br><br>J. PALMER, et al.,<br><br>            Defendants. | Case No. 1:09-cv-01329-SKO (PC)<br>Appeal No. 15-17113<br><br>ORDER DENYING PLAINTIFF'S SECOND MOTION FOR TRANSCRIPTS AT GOVERNMENT EXPENSE<br><br>(Doc. 270) |

Plaintiff Floyd Scott ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis on appeal, filed a second motion seeking transcripts at government expense on November 12, 2015. Plaintiff's first motion was filed on October 22, 2015, and denied on November 9, 2015. Although Plaintiff's second motion was served by mail prior to his receipt of the ruling on his first motion, there are no grounds for deviation from that ruling. Accordingly, for the reasons set forth in the order filed on November 9, 2015, Plaintiff's motion is HEREBY DENIED.[1]

IT IS SO ORDERED.

Dated:   **November 16, 2015**              /s/ Sheila K. Oberto
                                   UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff may request this form of relief from the appellate court if he wishes.