1

2

3

4

5

6

7

8

9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10

11

12

13

14

15

| | |
|---|---|
| FLOYD SCOTT, | Case No. 1:09-cv-01329-SKO (PC) |
|        Plaintiff, | Appeal No. 15-17113 |
| v. | ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL |
| J. PALMER, et al., | |
|        Defendants. | (Doc. 271) |

16

17

18

19

      Plaintiff Floyd Scott ("Plaintiff") is a state prisoner proceeding pro se.  Plaintiff has requested leave to proceed in forma pauperis on appeal pursuant to 28 U.S.C. § 1915, and he filed a declaration making the showing required by § 1915(a).  Accordingly, the request to proceed in forma pauperis will be granted.  28 U.S.C. § 1915(a).

20

21

22

23

24

25

26

      Pursuant to 28 U.S.C. § 1915(b)(1), Plaintiff is required to pay the statutory filing fee of $505.00 for  his appeal.  Plaintiff has been without funds for six months and is currently without funds.  Accordingly, the Court will not assess an initial partial filing fee.  28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments of 20% of the preceding month's income credited to his prison trust account.  These payments shall be collected and forwarded by the appropriate agency to the Clerk of the Court each time the amount in Plaintiff's account exceeds $10.00, until the filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

27

      In accordance with the above, IT IS HEREBY ORDERED that:

28

      1.      Plaintiff's request for leave to proceed in forma pauperis is granted.

2.      The Director of the California Department of Corrections and Rehabilitation or his designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $505.00 has been collected and forwarded to the Clerk of the Court.  The payments shall be clearly identified by the name and case number assigned to this action.

3.      The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's in forma pauperis application on the Director of the California Department of Corrections and Rehabilitation, via the Court's electronic case filing system (CM/ECF).

4.      The Clerk of Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Fresno Division.

5.      The Clerk of the Court shall serve a copy of this order on the Ninth Circuit.

IT IS SO ORDERED.

Dated:   **November 16, 2015**                                    **/s/ Sheila K. Oberto**
                                                          UNITED STATES MAGISTRATE JUDGE