# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD SCOTT,<br><br>  Plaintiff,<br><br> v.<br><br>J. PALMER, et al.,<br><br>  Defendants.<br>_____/ | Case No. 1:09-cv-01329-SKO (PC)<br>Appeal No. 15-17113<br><br>ORDER DENYING PLAINTIFF'S THIRD MOTION FOR TRANSCRIPTS AT GOVERNMENT EXPENSE<br><br>(Doc. 274) |

Plaintiff Floyd Scott ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis on appeal, filed his third (though titled as his second) motion seeking transcripts at government expense on January 13, 2016.  Plaintiff's first such motion was filed on October 22, 2015, and denied on November 9, 2015.  The second was filed on November 12, 2015, and denied on November 16, 2015.

The only difference in the arguments or assertions Plaintiff makes in his current motion is that he is now proceeding in forma pauperis on appeal.  He was, however, granted that status on the same date as this Court's order denying his second request to obtain transcripts at the government's expense.  Plaintiff has failed to set forth any grounds for the Court's deviation from that ruling.  (Doc. 268.)  As such, for the reasons set forth in the order filed on November 9, 2015, Plaintiff's motion is HEREBY DENIED.[1]

IT IS SO ORDERED.

Dated:  **January 14, 2016**                **/s/ Sheila K. Oberto**
                                          UNITED STATES MAGISTRATE JUDGE

---

[1] As stated in the order denying Plaintiff's second such motion, Plaintiff may request this form of relief from the appellate court if he elects to do so.